CLARA CUCCO, Respondent, v. PACIFIC FINANCE CORPORATION, Appellant.— In an action in replevin to recover possession of an automobile seized by defendant, order of the Appellate Term, affirming judgment of the Municipal Court, Borough of Richmond, Second District, in favor of plaintiff, unanimously affirmed, with costs. The plaintiff and her husband borrowed $200 from one Rosenfeld and as security delivered a chattel mortgage upon their Plymouth automobile. Defendant is the assignee of the mortgage. The mortgagors received only $151 of the loan, and defendant claims that the balance of $49 was deducted by the mortgagee for the assumption by the mortgagee of the various hazards enumerated in the mortgage. Upon default in payment of installments due under the mortgage, the defendant seized the automobile. The mortgage on its face shows that the consideration for the loan was a charge for certain risks or hazards ostensibly assumed by the mortgagee. Such a charge comes within the prohibition of the Banking Law (§§ 340, 352, 357, 358) and renders the agreement void. (Equity Service Corporation v. Agull, 250 App. Div. 96; Stuback v. Sussman, 8 N. Y. Supp. [2d] 141; affd., 256 App. Div. 903; affd., 281 N. Y. 719.) Whether the agreement was also void for usury under the General Business Law (§§ 370, 373) need not be determined. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

GAYTON DELISA, an Infant, by MICHAEL DELISA, His Guardian ad Litem, and MICHAEL DELISA, Individually, Appellants, v. ARTHUR F. SCHMIDT, INC., Defendant, and WARREN NORGE COMPANY, INC., Respondent.— In an action to recover damages for personal injuries sustained by the infant plaintiff while handling a dismantled refrigerating mechanism, and by his father for loss of services and expenses, judgment dismissing the complaint as to the defendant Warren Norge Company, Inc., unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

WILLIAM G. DILLON, Appellant, v. ROCKAWAY BEACH HOSPITAL AND DISPENSARY, Respondent.— Action to recover for personal injuries sustained by plaintiff when his feet were burned by a bed lamp while he was a patient in defendant hospital. Judgment dismissing the complaint at the close of plaintiff's case, in so far as appealed from, affirmed, with costs. No opinion. Lazansky, P. J., Johnston, Adel and Taylor, JJ., concur; Carswell, J., dissents and votes to reverse the judgment and to grant a new trial.

M. LURA IRISH, Respondent, v. WILLIAM G. O'BRIEN, Appellant, and FRANK LANGWEIDER, Defendant.— Action to recover damages for personal injuries sustained by plaintiff when she stepped on or was about to step on the cellar doors in front of appellant's premises, causing her to fall to the sidewalk. Judgment in favor of plaintiff, and order denying appellant's motion to set aside the verdict and for a new trial, reversed on the law and the facts and a new trial granted, with costs to appellant to abide the event. The manner of the conduct of the trial and the character of the charge to the jury deprived the defendant-appellant of a fair trial. The interests of justice require a new trial. Hagarty, Carswell, Adel and Close, JJ., concur; Lazansky, P. J., not voting.